IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**JAMES BRIAN CLARK**                                                                                            **PLAINTIFF**

**V.**                                                    **CASE NO. 3:21-CV-03019**

**JIM ROSS, SHERIFF OF**
**CARROLL COUNTY, ARKANSAS**                                                         **DEFENDANT**

### ORDER

Currently before the Court is the Report and Recommendation ("R&R") (Doc. 8) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, submitted in this case on April 15, 2021, regarding James Brian Clark's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, Petition for Leave to Proceed *In Forma Pauperis*, Motion for Order, Motion for Appointment of Counsel, and Motion for Sanctions. (Docs. 2–6). Magistrate Judge Ford recommends that the Petition pursuant to § 2241 be dismissed without prejudice pursuant to the abuse-of-the-writ doctrine, failure to exhaust state remedies, and the *Younger* abstention doctrine. Further, the R&R recommends that all other Motions be denied as moot. Mr. Clark filed a timely objection to the R&R (Doc. 9), and in response, the Court performed a *de novo* review of the record. *See* 28 U.S.C. § 636(b)(1).

Mr. Clark's objection, though eleven pages long, fails to engage with the legal reasons the Magistrate Judge carefully explains for denying habeas relief. The § 2241 Petition concerns Mr. Clark's state criminal cases that are currently pending before the 19th Judicial Circuit in Carroll County, Arkansas. He asserts that he has not been granted a speedy trial, that his Due Process right to a trial by jury has been denied, that he has been denied the effective assistance of counsel, and that there is a conflict of interest

1

between himself and the state prosecutor assigned to his case.  Though Mr. Clark claims in his objection that he has attempted to address all of these concerns in state court, the state court's record does not reflect that fact.  Further, the Court disbelieves Mr. Clark's assertion that the state court has simply refused to accept, docket, and address any of his filings.

As the Magistrate Judge noted, the instant Petition is the third such to be filed in this Court.  At this point, the Court finds that Mr. Clark has abused the writ and is wasting the Court's time and resources by filing the same habeas petition over and over again.  His objection to the R&R offers neither law nor fact that would counsel in favor of rejecting the Magistrate Judge's recommendations.  Accordingly, the objection is **OVERRULED**.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 8) is **ADOPTED** in its entirety.  Mr. Clark's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 2) is **DISMISSED WITHOUT PREJUDICE**, and all other pending Motions are **DENIED AS MOOT**.

**IT IS SO ORDERED** on this 11th day of May, 2021.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE